UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| BAYSTATE HEALTH, INC., | ) | |
| | ) | Civil Action No. 3:20-cv-30042-MGM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BAY STATE PHYSICAL THERAPY, P.C., et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is given that Baystate Health, Inc. hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order Regarding Plaintiff's Motion for Preliminary Injunction entered in this action on December 15, 2020.

Respectfully submitted,

The Plaintiff,
BAYSTATE HEALTH, INC.
By Its Attorneys:

/s/ James C. Duda
Mary R. Bonzagni, BBO #553771
James C. Duda, BBO #551207
Lauren C. Ostberg, BBO #696883
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: (413) 781-2820
Fax: (413) 272-6806

Dated: January 11, 2021

mbonzagni@bulkley.com
jduda@bulkley.com
lostberg@bulkley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ James C. Duda*
James C. Duda

3404108