UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| BAYSTATE HEALTH, INC., | ) | |
| | ) | Civil Action No. 3:20-cv-30042-MGM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| BAY STATE PHYSICAL THERAPY, | ) | |
| P.C., et al., | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Baystate Health, Inc. and Defendants Bay State Physical Therapy, P.C., Bay State Physical Therapy of Randolph, Inc. and Steven Windwer stipulate that the above-captioned action be dismissed with prejudice with all rights of appeal being waived and with each party bearing its own costs, expenses, and attorneys' fees.

Dated this 20th day of July 2021.

| Plaintiff | Defendants |
|---|---|
| BAYSTATE HEALTH, INC. | BAY STATE PHYSICAL THERAPY, P.C., |
| By Its Attorneys: | BAY STATE PHYSICAL THERAPY OF |
| | RANDOLPH, INC., and STEVEN WINDWER |
| | By Their Attorneys: |
| | |
| /s/ Mary R. Bonzagni | /s/ Lucy Jewett Wheatley |
| James C. Duda, Esq. (BBO No. 551207) | Carol Hoover, Esq. (BBO No. 665104) |
| Mary R. Bonzagni, Esq. (BBO No. 553771) | McGuire Woods LLP |
| Lauren C. Ostberg, Esq. (BBO No. 696883) | Two Embarcadero Center, Suite 1300 |
| Bulkley, Richardson and Gelinas, LLP | San Francisco, CA 94111 |
| 1500 Main Street, Suite 2700 | choover@mcguirewoods.com |
| Springfield, MA 01115 | Lucy Jewett Wheatley, Esq. (*pro hac vice*) |
| 413-781-2820,  Fax: 413-272-6806 | McGuire Woods LLP |
| e-mail:  jduda@bulkley.com | 800 East Canal Street |
| mbonzagni@bulkley.com | Richmond, VA 23219 |
| lostberg@bulkley.com | lwheatley@mcguirewoods.com |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 20, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

             */s/ Lauren C. Ostberg*
             Lauren C. Ostberg

3494544v1